# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL V. CISNEROS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-23-430-R |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Shon T. Erwin on June 6, 2023. Doc. No. 5. Judge Erwin recommends that Petitioner's motion for leave to proceed in forma pauperis be denied and Petitioner ordered to pay the full filing fee of $5.00 by June 23, 2023. On June 23, 2023, the Court received Petitioner's filing fee. Therefore, the undersigned adopts the Report and Recommendation, denies the Motion for Leave to Proceed in Forma Pauperis and re-refers this matter to Magistrate Judge Shon T. Erwin for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 5th day of July, 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE