IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL V. CISNEROS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. CIV-23-430-R |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Shon T. Erwin. Judge Erwin issued a Report and Recommendation [Doc. No. 11] wherein he recommends that the Petition be dismissed without prejudice for failure to exhaust his state court remedies. The record reflects that Petitioner has not objected to the Report and Recommendation nor sought an extension of time in which to file his objections. Accordingly, the Report and Recommendation is ADOPTED in its entirety and the Petition is DISMISSED without prejudice. A Certificate of Appealability is denied.

IT IS SO ORDERED this 15th day of August 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE